UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARK ADKINS

          PLAINTIFF(S)

v.

IBS CONSTRUCTION GROUP, LLC, et al.,

          DEFENDANT(S).

CASE NUMBER
1:19−cv−23697−RNS

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**IBS Construction Group, LLC**

as of course, on the date December 4, 2019.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Crystal Barnes−Butler*
Deputy Clerk

cc:  Judge Robert N. Scola, Jr
     Mark Adkins

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)